ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| J. Star Enterprises, Inc. | ) | ASBCA Nos. 63627, 63647, 63656 |
| | ) | 63657, 63658 |
| | ) | |
| Under Contract No. W91151-18-D-0006 | ) | |

APPEARANCE FOR THE APPELLANT:     Jason R. Anders, Esq.
     Anders Law Firm
     New Orleans, LA

APPEARANCES FOR THE GOVERNMENT:     Dana J. Chase, Esq.
     Army Chief Trial Attorney
     MAJ Joseph C. Van Dusen, JA
     LTC Bruce A. Nessler, JA
     Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  June 10, 2026

_____
MICHAEL N. O'CONNELL
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63627, 63647, 63656, 63657, 63658, Appeals of J. Star Enterprises, Inc., rendered in conformance with the Board's Charter.

Dated:  June 10, 2026

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals